IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HARDEE BEY                                        CIVIL ACTION NO.

vs                                                1:17-cv-03686-CC

STATE OF GEORGIA,  et al.,

O R D E R

The undersigned hereby RECUSES himself from the above-styled action. The
Clerk is directed to reassign this action to another judge in accordance with the Internal
Operating Procedures of this Court.

SO ORDERED this  25th  day of   SEPTEMBER   2017.


_s/ CLARENCE COOPER_____

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE