**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HARDEE BEY doing business as Benjamin O'Neil Hardee doing business as Ben El Bey,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF GEORGIA, et al,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-3686-CC |

**NOTICE TO PRO SE PARTY**

  The above styled case was reassigned to the Honorable Eleanor L. Ross from the Honorable Clarence Cooper pursuant to the court's order of September 25, 2017. The civil action number assigned to this case has been changed to 1:17-cv-3686-**ELR** (emphasis added to indicate change). Please make note of this change in order to facilitate the docketing of pleadings in this case.

  Dated at Atlanta, Georgia this 25th day of September, 2017.

              JAMES N. HATTEN
              DISTRICT COURT EXECUTIVE
                and CLERK OF COURT

              s/J. Acker
        By:_____
              Deputy Clerk

cc:  Honorable Eleanor L. Ross