Case 1:17-cv-03686-ELR  Document 11  Filed 10/17/17  Page 1 of 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 17 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **James Bullock, State trooper**
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Sandrea Edmond**, who is designated by law to accept service of process on behalf of *(name of organization)* **GA State Patrol** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **25** for travel and $ **25** for services, for a total of $ **50.00** .

I declare under penalty of perjury that this information is true.

Date: **9/28/17**

c/o huni el
*Server's signature*

huni el, agent
*Printed name and title*

c/o: P.O. Box 115106 Atl ga [30310]
*Server's address*

Additional information regarding attempted service, etc: