Case 1:17-cv-03686-ELR Document 14 Filed 10/17/17 Page 1 of 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 17 2017

JAMES N. HATTEN, Clerk
By: SBY Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Raines Carter**
was received by me on *(date)* **9/27/17**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Monica Adams**, who is designated by law to accept service of process on behalf of *(name of organization)* **Atlanta Municipal Court** on *(date)* **9/27/17** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **25** for travel and $ **25** for services, for a total of $ **50.00**.

I declare under penalty of perjury that this information is true.

Date: **9/27/17**

*Server's signature:* % huni el

*Printed name and title:* huni el, agent

*Server's address:* c/o: P.O. Box 115106 Atl ga [30310]

Additional information regarding attempted service, etc: