Case 1:17-cv-03686-ELR   Document 15   Filed 10/17/17   Page 1 of 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 17 2017

JAMES N. HATTEN, Clerk
By: S Bep Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ryan Shepard__
was received by me on *(date)* __9/27/17__.

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Barbara Miller__, who is
   designated by law to accept service of process on behalf of *(name of organization)* __Atlanta Municipal Court__ on *(date)* __9/27/17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __25__ for travel and $ __25__ for services, for a total of $ __50.00__.

I declare under penalty of perjury that this information is true.

Date: __9/27/17__

__C/o huni el__
Server's signature

__huni el, agent__
Printed name and title

__c/o: P.O. Box 115106 Atl ga 30310__
Server's address

Additional information regarding attempted service, etc: