Case 1:17-cv-03686-ELR  Document 16  Filed 10/17/17  Page 1 of 5

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 17 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# district court of the United States

# For the District of Atlanta

| | | |
|---|---|---|
| Hardee Bey | § | CASE # 1:17-CV-3686 EIR |
| Counterclaimant | § | |
| v. | § | |
| STATE OF GEORGIA | § | Writ of Removal |
| BRIAN KEMP | § | |
| ATLANTA MUNICIPAL COURT | | |
| RYAN SHEPARD | | |
| RAINES CARTER | | |
| FULTON COUNTY SHERIFF'S OFFICE | | |
| THEODORE JACKSON | | |
| JAMES BULLOCK, BADGE NO. 0884 | | |
| Defendants § | | |

## FOR THE WRIT 0F REMOVAL TO SUPERIOR COURT OF RECORD

1. FOR NOW COMES THE COURT ON ITS OWN MOTION TO REVIEW THE ACTIONS of inferior Municipal Court of Atlanta, Raines Carter and Ryan Shepard.

2. On September 21st, 2017 notice was filed in this court and served on the inferior court that the cases numbered under the inferior court's statutory system of number as E02610884 had been removed to this superior court under the above titled action.

3. In spite of said notice to the inferior court, the inferior court through Raines Carter and Ryan Shepard have proceeded against the counterclaimant in spite of order to the inferior court

ordering all and defendants to cease all actions against the claimants in said inferior court until such time as the issues before this court are settled.

4. Raines Carter and are in violation of the orders of this court and the law.

5. Defendants, which include Raines Carter and Ryan Shepard, have been served a copy of this action which challenges defendants authority over claimants named herein as claimants are sovereign above that of any and all public servants. It is the responsibility for those whose jurisdiction is challenged to prove said jurisdiction on the record and to proceed without jurisdiction is a treason. "We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution." Cohens v.Virginia, 19 U.S. 264, 6 Wheat. 265, 5 L.Ed. 257 (1821). "Jurisdiction can be challenged at any time and once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co., 495 F 2d 906, 910. "The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason." U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

### ORDER

6. **IT IS HEREBY THE ORDER OF THIS COURT** that the Defendants are to cease any and all actions in the inferior court against Counterclaimant until such time as the issues before this court are settled.

Order to Cease and Desist,    HARDEE BEY    Page 2 of 4
Restraining order                v.
                         STATE OF GEORGIA et. al.

7. **IT IS HEREBY THE ORDER OF THIS COURT** the cases numbered under the inferior court's statutory system of numbering as E02610884 are hereby removed to this superior court under the above titled action.

8. **IT IS FURTHER THE ORDER OF THIS COURT THAT** Raines Carter and Ryan Shepard and all other officers or agents of any of the corporations attempting to access the bonds for the cestui que trusts under the names BENJAMIN O'NEIL HARDEE, BENJAMIN HARDEE, BEN EL BEY for which claimants are being held as surety are to cease any action in said attempt to collect from the trusts associated with those above mentioned.

9. **IT IS FURTHER THE ORDER OF THIS COURT** that any further rogue actions by Raines Carter and Ryan Shepard will be in contempt of this court and each will be held in contempt without motion and without hearing.

10. **IT IS FURTHER THE ORDER OF THIS COURT** that further actions against claimants named herein will be a contempt of this court and said perpetrators will be held in contempt of this court without motion and without hearing.

Witness the seal of this court this 17th day of October, in the year of our Lord 2017.

**The Court**

By: [signature]

by: Hardee Bey
Attornatus Privatus


Dated: ____ day of October, 2017

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Order to Remove to superior court was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage prepaid in the U.S. and address mail to:

| | |
|---|---|
| **STATE OF GEORGIA through Secretary of State** Brian Kemp 2 MLK Jr. Drive SE Ste 802 West Tower Atlanta, GA 30334 | **Atlanta Municipal Court** Ryan Shepard 150 Garnett St Atlanta, GA 30303 |
| James Bullock, Badge No. 0884 **GA State Patrol** 959 E. Confederate Ave SE Atlanta, GA 30316 | **Atlanta Municipal Court** Raines Carter 150 Garnett St Atlanta, GA 30303 |
| **Fulton County Sheriff's Department through** Theodore Jackson 185 Central Ave SW Atlanta, GA 30303 | |