FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 17 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

district court of the United States

For Northern Georgia

Atlanta Division

| | |
|---|---|
| Hardee Bey | ) Case # 1:17-CV-3686 EIR |
| Counterclaimant | ) |
| v. | ) Writ of Error Qua Coram Nobis Residant |
| | ) |
| STATE OF GEORGIA | |
| BRIAN KEMP | ) |
| ATLANTA MUNICIPAL COURT | |
| RYAN SHEPARD | ) |
| RAINES CARTER | |
| FULTON COUNTY SHERIFF'S OFFICE | ) |
| THEODORE JACKSON | |
| JAMES BULLOCK, BADGE NO. 0884 | ) |
| Counterdefendants | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Writ of Error Qua Corum Nobis Residant

1. THE COURT COMES NOW, ON ITS OWN MOTION, TO review the facts, record, and process resulting in the document filed by the clerk titled "Order" signed by the magistrate Clarence Cooper.

### SUMMARY

2. On the 25th day of September, 2017 contrary to the requirements of a court of record, the magistrate, assumed the mantle of a tribunal and proceeded independently. The purpose of this writ is to restore the orderly decorum of the court and to correct the defective impromptu process and usurpation of legislative and court powers taken by the magistrate without leave of court.

3. This court has great admiration for the magistrates. Their training, experience and wisdom are of great value in guiding this court toward a just resolution of issues.

But, we are mindful of the wisdom of Thomas Jefferson when he said, "We all know that permanent judges acquire an esprit de corps; that being known, they are liable to be tempted by bribery; that they are misled by favor, *by relationship,* by a spirit of party, by a devotion to the executive or

4. legislative; that it is better to leave a cause to the decision of cross and pile[1] than to that of a judge biased to one side."[2]

---

[1] Cross and pile: a coin flip.
[2] Thomas Jefferson to Abbe Arnoux, 1789. Papers, 15:283

5.    It is, in part, with that inspiration that this court is established as a court of record.[3]

## DETAIL

6.    The following is organized into three sections:

7.    I. Judicial cognizance

8.    II. Findings of facts, Discussion and Conclusion of Law

9.    III. Impeachment and Writ

## I. Judicial Cognizance

10.    This court takes judicial cognizance of and decrees the following:

11.    JUDICIAL COGNIZANCE: Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence. [Black's Law Dictionary, 5th Edition, page 760.]

12.    The people of Georgia do not waive their sovereignty to the agencies that serve them being the sovereigns who ordained and established the Constitution for the Georgia state.[4]

13.    Two distinguishing and critical characteristics of a court of record are: A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, AND Proceeding according to the course of common law.

14.    On the 25 day of September, 2017, the magistrate issued an order directing the clerk to "reassign this action to another judge" without leave of court.

15.    Clarence Cooper has not filed an action against counterclaimant.

16.    All political power is vested in and derived from the people; all government, of right, originates from the people, is founded upon their will only, and is instituted solely for the good of the whole.[5]

---

[3] See paragraph 13 and Black's Law Dictionary, 4th Ed., 425, 426

[4] All government, of right, originates with the people, is founded upon their will only, and is instituted solely for the good of the whole. Public officers are the trustees and servants of the people, and, at all times, amenable to them. Constitution of Georgia, Article 1, 1877

Writ of Error Qua Corum               Hardee Bey               Page 3 of 15
Nobis Residant                           v.
                                  STATE OF GEORGIA et. al.

17. The people of this state have the sole and exclusive right of governing themselves, as a free, sovereign and independent state; and to alter and abolish their constitution and form of government whenever they may deem it necessary to their safety and happiness, provided such change be not repugnant to the constitution of the United States.[6]

18. "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves...." [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.]

19. "The very meaning of 'sovereignty' is that the decree of the sovereign makes law." [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

20. "The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative." [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

21. "A consequence of this prerogative is the legal *ubiquity* of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the king's image is reflected." 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

22. "The state cannot diminish rights of the people." [Hertado v. California, 100 US 516.]

23. "The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." [Davis v. Wechsler, 263 US 22, 24.]

---

[5] [Preamble] We The People of Georgia, relying upon the protection and guidance of Almighty God, DO ORDAIN AND ESTABLISH THIS CONSTITUTION

[6] .

24. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." [Miranda v. Arizona, 384 US 436, 491.]

25. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." [Sherar v. Cullen, 481, F 946.]

26. "Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, **either directly**, or through representatives chosen by the people, to whom those powers are specially delegated." [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

27. "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." [Constitution for the United States of America, Article VI, Clause 2.]

28. "COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be." [Black's Law Dictionary, 5th Edition, page 318.]

29. "COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority." [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

30. "COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

31.  **A.** A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

32.  **B.** Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

33.  **C.** Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

34.  **D.** Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

35.  **E.** Generally possesses a seal." [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

36.  "...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law...." [Confirmatio Cartarum, November 5, 1297" "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation.]

37. "Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court." Magna Carta, Article 34.

38. "Trespass. Any misfeasance or act of one man whereby another is injuriously treated or damnified." 3 Bl. Comm. 208 An injury or misfeasance to the person, or rights of another person, done with force and violence, either actual or implied in law."[7]

39. "Trespass. In its more limited and ordinary sense, it signifies an injury committed with violence, and this violence may be either actual or implied; and the law will imply violence though none is actually used..."[8]

40. "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652; "Criminal courts proceed according to statutory law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record (which only proceeds according to common law); it is an inferior court."

41. "However, no statutory or constitutional court (whether it be an appellate or supreme court) can second guess the judgment of a court of record. 'The judgment of a court of record, whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it.'" Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)]

42. "The people have succeeded to the rights of the king, the former sovereign of this state. They being expressly named... The People are not expressly included in the general provisions are not, therefore, bound by general words in a statute restrictive of prerogative, without of the act, and nothing

---

[7] Black's Law Dictionary 2nd Ed. Pg. 1171
[8] Black's Law Dictionary 2nd Ed. Pg. 1171

Writ of Error Qua Corum　　　　　Hardee Bey　　　　　Page 7 of 15
Nobis Residant　　　　　　　　　　　v.
　　　　　　　　　　　　STATE OF GEORGIA et. al.

shall be taken against them by implication. Where the People are not named they are not bound.... but he cannot be divested of any right, power or interest, unless the statute is made by express words to extend to him... It is a maxim of the common law, that when an act of parliament is made for the public good, the advancement of religion and justice, and to prevent injury and wrong, the King shall be bound by such act, though not named; but when a statute is general, and any prerogative right, title or interest would be divested or taken from the King, in such case he shall not be bound, unless the statute is made by express words to extend to him." (The People v. Herkimer, 4 Cowen (NY) 345, 348 (1825).

43. "The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason." U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821).

44. A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree, Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

45. Manning v. Ketcham, 58 F.2d 948 (1932) An affirmance results. When a judge acts in the clear absence of all jurisdiction, i. e., of authority to act officially over the subject-matter in hand, the proceeding is coram non judice. In such a case the judge has lost his judicial function, has become a mere private person, and is liable as a trespasser for the damages resulting from his unauthorized acts. Such has been the law from the days of the case of The Marshalsea, 10 Coke 68. It was recognized as such in Bradley v. Fisher, 13 Wall. (80 U.S.) 335, 351, 20 L. Ed. 646. In State ex rel. Egan v. Wolever, 127 Ind. 306, 26 N. E. 762, 763, the court said: 'The converse statement of it is also ancient. Where there is no jurisdiction at all there is no judge; the proceeding is as nothing.'

46. "The word "person" in legal terminology is perceived as a general word which normally

includes in its scope a variety of entities other than human beings." (Church of Scientology v. U.S. Dept. of Justice 612 F. 2d 417, 425 (1979)).

47. The "word 'person' as used and employed in most statutory language is ordinarily construed to exclude the sovereign, and that for one as such to be bound by statute, they must be 'specifically' named." (Wilson v. Omaha Indian Tribe 442 US 653 (1979); Will v. Michigan state Police 491 U.S. 58, 105 L.Ed.2nd 45 (1989); U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 528, 530);

## II. Findings of Fact, Discussion and Conclusion of Law

48. The record shows that counterclaimant Hardee Bey filed an action against counterdefendants named herein;

49. The record shows that the magistrate assumed the duties of the tribunal without leave of court, and issued an order to "reassign this action to another judge" on the 25th day of September, 2017 citing code foreign to this court.

50. The record shows that the magistrate submitted for the record the order with numerous false statements therein;

51. The record shows that counterclaimant has filed an "action at law" in spite of the clerk's assignment of a "civil" number under the statutory system of numbering.

52. The record shows the magistrate erroneously referred to counterclaimant as "plaintiff", a term of equity, although counterclaimant has clearly filed an action at law.

53. The clerk also referred to the counterclaimant as appearing "pro se" when in fact, the counterclaimant is not representing himself. The Counterclaimant is himself as the sovereign of the court.

54. The genius of a court of record is not to be undermined. It is the birthright of every American to settle issues in a court of record, if he so chooses. That choice has been made in this matter, and has been so stated in the first paragraph in this action.

55. The magistrate is a person appointed or elected to perform ministerial service in a court of record[9] because all judicial functions in a court of record are reserved to the tribunal, which must be independent of the magistrate.

56. The magistrate of this court has usurped the independent powers of the tribunal of this court of record by making, under color of law [10], discretionary judgments which are reserved to and should have been made by the tribunal independently of the person of the magistrate designated generally to hold it.[11]

57. On September 21, 2017 Hardee Bey filed a counterclaim consisting of Actions for Trespass and Actions for Trespass on the Case for damages. The opening sentence decreed, "COMES NOW, Hardee Bey, a people of Georgia, Hereinafter counterclaimant, of sound mind, in this court of record, and complains of:"

58. The magistrate has no authority to act as the tribunal in a court of record. "The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason." U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821).

59. Nowhere did the magistrate of any other party to the action object to the counterclaimant being a people of Georgia. Nor did the magistrate object to the court being a court of record.

---

[9] Official's duty is "ministerial" when it is absolute, certain and imperative, involving merely execution of a specific duty arising from fixed and designated facts. (Long v. Seabrook, 260 S.C. 562, 197 S.E. 2d 659, 662; Black's Law Dictionary, Fifth Edition, page 899)

[10] 18 USC 242 makes deprivation of rights under color of law a felony punishable up to 20 years in prison.

[11] One characteristic of a court of record: A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

60. At no time did any of the counterdefendants object to the court being a court of record.

61. It is the design of our system of jurisprudence that courts have no jurisdiction until a party comes forth and declares a cause needing resolution. The particular jurisdiction depends on how the cause is declared by the claimant(s), counterclaimant(s), plaintiff(s) or counterplaintiff(s). Jurisdiction may be administrative, at law, in equity, or in any of many other formats. In this case the jurisdiction is at law in a court of record under the sovereign authority of the people.

62. It is essential to understand what are a sovereign, a magistrate, a court, and a court of record.

63. A court is "The person and suit of the sovereign."[12]

64. The sovereign is the people either in plural[13] or in the singular capacity.[14] Singular capacity in this case is Hardee Bey, a people as contemplated in the Constitution for The United States of America and the Georgia Constitution of 1776.

65. GEORGIA, the State of Georgia and the United States of America have no general sovereignty. Theirs is a clipped sovereignty. Whatever sovereignty they have is limited to their constitutionally defined spheres of control. The general sovereignty is reserved to the people without diminishment.[15] When a state attempted to diminish one's rights, it was determined that the state could not diminish rights of the people.[16]

---

[12] Black's Law Dictionary, 4th Ed., 425, 426

[13]3 PEOPLE, n. [L. populus.] The body of persons who compose a community, town, city or nation. We say, the people of a town; the people of London or Paris; the English people. In this sense, the word is not used in the plural, but it comprehends all classes of inhabitants, considered as a collective body,... Webster's 1828 Dictionary

[14] PEOPLE.... Considered as.... Any portion of the inhabitants of a city or country. Ibid.

[15] "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves" CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL 1793 pp471-472 "The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Through the medium of their Legislature they may exercise all the powers which previous to the Revolution could have been exercised either by the King alone, or by him in conjunction with his Parliament;..." Lansing v. Smith, 4 Wendell 9 (N.Y.) (1829), 21 American Decision 89; 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 1`67; 48 C Wharves Sec. 3, 7.

[16] Hertado v. California, 100 US 516

66. It is by the prerogative of the sovereign [17] whether and how a court is authorized to proceed. In this case, the chosen form of the court is that of a court of record.

67. A qualifying feature of a court of record is that the tribunal is independent of the magistrate appointed to conduct the proceedings.[18]

68. The magistrate is a person appointed or elected to perform ministerial service in a court of record[19]. His service is ministerial because all judicial functions in a court of record are reserved to the tribunal, and by definition of a court of record, that tribunal must be independent of the magistrate. The non-judicial functions are "ministerial" because they are absolute, certain and imperative, involving merely execution of specific duties arising from fixed and designated facts.

69. At implementation of the Constitution March 4, 1789, the soul of law in America was personal liberty under the common law; to wit; "Personal liberty consists in the power of locomotion, of changing situation, of removing one's person to whatever place one's inclination may direct, without imprisonment or restraint unless by due course of law." William Blackstone and John Innes Clark Hare, cited in John Bouvier, Bouvier's Law Dictionary, Third Revision (Being the Eighth Edition), revised by Francis Rawle (West Publishing Co.: St. Paul, Minn., 1914) (hereinafter "Bouvier's"), p. 1965 (s.v. "Liberty").

70. "Due course of law," supra, is synonymous with "due process of law" and means process according to the law of the land, i.e., the Constitution, interpreted according to the principles of the

---

[17]"...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.] The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

[18]Court of Record: A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

[19]Long v. Seabrook, 260 S.C. 562, 197 S.E.2d 659, 662; Black's Law Dictionary, Fifth Edition, p 899

common law; to wit: "Due process of law is process according to the law of the land. . . ." Mr. Justice Matthews, delivering the opinion of the Court in Hurtado v. California, 110 U.S. 516, 533, 3 Sup. Ct. 111, 292, 28 L. Ed. 232 (1884). "Due process of law . . . refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits therein prescribed and interpreted according to the principles of the common law. . . .".

71. It is such an imperative that government agents and employees obey procedural law that the congress in its wisdom enacted federal statutes under the "Private Attorney General Act" that permit any individual American people to serve as "private attorney general" for the purpose of arresting government agents or employees for felonies.

72. An order made by anyone not authorized to make such an order is a void order[20] that can be vacated at anytime.

### III. Impeachment and Writ

73. THE COURT, HAVING REVIEWED THE FACTS, THE RECORD, AND THE PROCESS BY WHICH THE RULING WAS ISSUED, and finding the magistrate, rendered and filed a document purporting to be an order without leave of court; and finding that the orderly decorum of the court was replaced by defective impromptu process and usurpation of legislative and court powers without leave of court,

74. And, finding that the clerk of the court improperly filed said order from a magistrate without leave of court,

75. And, desiring that fair justice be served for all parties, defendants, as well as claimants,

---

[20]"A void judgment may be vacated at any time" Graff v. Kelly, 814 P.2d 489 (Okl. 1991). Judgment is void if court that rendered it lacked personal or subject matter jurisdiction; void judgment is nullity and may be vacated at any time, Matter of Marriage of Welliver, 869 P.2d 653 (Kan. 1994). If a judgment is void, "relief is not a discretionary matter; it is mandatory."*Orner v. Shalala,*30 F.3d 1307, 1310 (10th Cir. 1994).

76.  NOW THEREFORE THE COURT issues this WRIT OF ERROR QUAE CORAM NOBIS RESIDANT, to wit:

77.  THE COURT HEREBY IMPEACHES AND RESCINDS the "Order" submitted by the magistrate and filed by the clerk and the order is hereby vacated.

78.  IT IS FURTHER ORDERED that the magistrate serve only the function as designated in its ministerial functions and not interfere with the lawful procedure of the court.

79.  IT IS FURTHER ORDERED, ADJUDGED, and DECREED that any additional rogue interference with court procedures by any officer of this court including the magistrate, court administrator or clerk will be a contempt of the court and perpetrators will be held in contempt, without motion or hearing.

80.  IT IS FURTHER ORDERED, ADJUDGED, and DECREED the magistrate and the counterdefendants are hereby invited to file and serve on all other interested parties and magistrate a brief no later than 30 days from the filing of this writ to show cause to this court why this order is not valid or should be modified. There will be no oral argument. The court, mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments presented. This order does not extend the time for response to the original action.

Witness the Seal of the Court this 17th day of October, 2017.

THE COURT

*/signature/*

by: Hardee Bey
Attornatus Privatus


**Please serve counter-defendants.**

Writ of Error Qua Corum          Hardee Bey                    Page 14 of 15
Nobis Residant                      v.
                          STATE OF GEORGIA et. al.

| | |
|---|---|
| **State of Georgia**<br>Secretary of State<br>Brian Kemp<br>2 MLK Jr. Drive SE<br>Suite 802 West Tower<br>Atlanta, GA 30334 | **Atlanta Municipal Court**<br>Ryan Shepard<br>150 Garnett St<br>Atlanta, GA 30303 |
| James Bullock, **Badge No. 0884**<br>**GA State Patrol**<br>959 E. Confederate Ave SE<br>Atlanta, GA 30316 | **Atlanta Municipal Court**<br>Raines Carter<br>150 Garnet St<br>Atlanta, GA 30303 |
| **Fulton County Sheriff's Office**<br>Theodore Jackson<br>185 Central Ave SW<br>Atlanta, GA 30303 | |

**Writ of Error Qua Corum**     **Hardee Bey**     **Page 15 of 15**
**Nobis Residant**     **v.**
    **STATE OF GEORGIA et. al.**