# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **HARDEE BEY** *doing business as* Benjamin O'Neil Hardee *doing business as* Ben El Bey | |
| **Plaintiff** | |
| v. | CIVIL ACTION NO. 1:17-CV-03686 |
| STATE OF GEORGIA, BRIAN KEMP, ATLANTA MUNICIPAL COURT, RYAN SHEPARD, RAINES CARTER FULTON COUNTY SHERIFF'S OFFICE, THEODORE JACKSON, and JAMES BULLOCK | |
| **Defendants** | |

## FULTON COUNTY SHERIFF'S OFFICE AND THEODORE JACKSON'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

COME NOW Defendants Fulton County Sheriff's Office and Theodore Jackson ("Defendants"), and move this Honorable Court to dismiss the claim asserted against them pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Plaintiff's Complaint has failed to state a claim against either Defendant, and accordingly, the Court should dismiss these parties from the litigation. A brief in support is filed contemporaneously.

WHEREFORE, Defendants pray that this motion to dismiss for failure to

state a claim be granted.

Respectfully submitted, this 18th day of October, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572358

Kaye W. Burwell
Georgia Bar No. 775060

Ashley Palmer
Georgia Bar No. 603514

*/s/ Jonathan Loegel*
Jonathan D. Loegel
Georgia Bar No. 755706

141 Pryor Street
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **HARDEE BEY** *doing business as* **Benjamin O'Neil Hardee** *doing business as* **Ben El Bey** | |
| **Plaintiff** | |
| v. | **CIVIL ACTION NO.** |
| | **1:17-CV-03686** |
| **STATE OF GEORGIA, BRIAN KEMP, ATLANTA MUNICIPAL COURT, RYAN SHEPARD, RAINES CARTER FULTON COUNTY SHERIFF'S OFFICE, THEODORE JACKSON, and JAMES BULLOCK** | |
| **Defendants** | |

## CERTIFICATE OF SERVICE

THIS CERTIFIES that on October 18, 2017, I have presented this document in Times New Roman, 14 point type, and that I have electronically filed the foregoing **DEFENDANTS FULTON COUNTY SHERIFF'S OFFICE AND THEODORE JACKSON'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* Plaintiff listed below:

Bey Hardee
964 Ralph D. Abernathy Blvd.
Atlanta, Georgia 30310

This 18th day of October, 2017.

        **OFFICE OF THE FULTON COUNTY ATTORNEY**

        ***/s/ Jonathan Loegel***
        Jonathan D. Loegel
        Georgia State Bar No.: 755706
        Jonathan.Loegel@fultoncountyga.gov

141 Pryor Street S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)