

# THE MUNICIPAL COURT OF ATLANTA

Ryan Shepard  
Court Administrator

Honorable Calvin S. Graves  
Chief Judge

August 31, 2017

**BENJAMIN O HARDEE**
**964B RALPH DAVID ABERNATHY BLVD SW**
**ATLANTA, GA 30310**

Re: Case #: **17TR091359**
Citation(s) #: **E02610884**

Dear Sir / Madam

This letter serves as notification that your court case has been rescheduled for **September 29, 2017** at **8:00 am.** This is the only notice that you will receive.

Failure to attend could result in the suspension of your driving privileges.

If you have any questions or concerns, you may reach the court at 404-658-6940.

**Respectfully,**

**SDLEE**

Municipal Court of Atlanta
150 Garnett St., SW
Atlanta, GA 30303

City of Atlanta, State of Georgia
vs.
BENJAMIN O HARDEE



CITATION   OFFENSE
E02610884  SPEEDING 15 to 18 MPH OVER

You failed to appear and/or dispose of your charges in the Municipal Court of Atlanta. You have **30 days**, from the date on this notice, to dispose of your charges or waive arraignment and plead not guilty. Failing to do so will result in a warrant for your arrest and your driver's license shall be suspended. Please contact (404)954-7914 or email municourt@atlantaga.gov to discuss this matter..

BENJAMIN O HARDEE
964B RALPH DAVID ABERNATHY
BLVD SW
ATLANTA GA 30310

October 2, 2017 / DMONCUR     COURT SC



BOOK~ 14T
PAGE 00872

## GWINNETT SUPERIOR COURT
## TRADE NAME REGISTRATION

PERSONALLY APPEARED THE UNDERSIGNED WHO ON OATH DEPOSES AND SAYS THAT:

\* El Bey, Ben
(name of proprietor or corporate name if corporation)

\* c/o 964 Ralph D. Abernathy Blvd, Atlanta Georgia 30310
(address of proprietor or parent corporation)

\* 404 454-4604                                          (CONTACT NUMBER)
and

(name of second proprietor or corporation if any)  none

\*
(address) —

\*              none                                    (CONTACT NUMBER)

IS/ARE DOING BUSINESS IN GWINNETT COUNTY, GEORGIA UNDER THE NAME OF:

                                    aka
TRADE NAME:* BENJAMIN O'NEAL HARDEEE / BEN EL BEY    ESTATE

ADDRESS:* 6737 Gunstock Lane, Tucker Georgia 30084

(tradename address in GWENNETT _____ County)

and that the (nature of the business) to be carried on at such address is

\* The all capital letter name BENJAMIN O'NEIL HARDEE aka BEN EL BEY is an Fictitious name " in which only El Bey, Ben whom we call pursuant to OCGA 9-11- 17a "The Real Party at Interest" now owns an absolute commercial and intellectual proprietary interest in the state of Georgia.

\* By: [signature]
(signature of person making declaration)

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 5th DAY OF November, 2014

[signature]
NOTARY PUBLIC OR DEPUTY CLERK

GEORGIA, GWINNETT COUNTY
THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF TRADE NAME, AS THE SAME APPEARS OF RECORD IN GWINNETT COUNTY SUPERIOR COURT GIVEN UNDER MY OFFICIAL SIGNATURE AND SEAL OF THE COURT THIS 5th DAY OF Nov 2014
[signature]
DEPUTY CLERK SUPERIOR COURT, GWINNETT COUNTY, GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 2 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk



## PROBATE COURT OF FULTON COUNTY

### WILL FILED FOR SAFEKEEPING

NO. __00034__

Benjamin O'neil Hardee f/k/a
(Please name plainly).    Ben El Bey

964 Ralph David Abernathy Blvd Ste  1 Atl GA
(Address)  30310

**EXECUTOR OR EXECUTRIX:**

Ben El Bey

964 Ralph David Abernathy Ste 1
(Address)  Atlanta, Georgia 30310

Filed in Office __March 24, 2014__

Sheena C. Johnson
**Clerk, Probate Court**

## Form W-8BEN — Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

OMB No. 1545-1621

► Section references are to the Internal Revenue Code. ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

Do not use this form for: — Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . W-8ECI or W-8EXP

Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . W-8IMY

Note: See instructions for additional exceptions.

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
ATLANTA, GA 30308
OCT 03 2014
RECEIVED
36322

### Part I — Identification of Beneficial Owner

1. Name of Individual or organization that is the beneficial owner: **BENJAMIN O'NEIL HARDEE**
2. Country of incorporation or organization: American Continent, The land.
3. Type of beneficial owner:
   - [ ] Individual
   - [ ] Corporation
   - [ ] Disregarded entity
   - [ ] Partnership
   - [ ] Simple trust
   - [ ] Grantor trust
   - [ ] Complex trust
   - [x] Estate
   - [ ] Government
   - [ ] International organization
   - [ ] Central bank of issue
   - [x] Tax-exempt organization
   - [ ] Private foundation
4. Permanent residence address: Crown Road 3900.
   City: Atlanta, Hardee Province., Nation Fulton County, zip exempt near [30380-9998].
   Country: u.S. Minor, Outlying Islands.
5. Mailing address: non domestic Foreign mail near: c/o [964] Raplh D. Abernathy blvd.
   City: Atlanta, fulton county zip exempt near [30310-9998].
   Country: American Continent, The land
6. U.S. taxpayer identification number: [x] SSN or ITIN  [x] EIN
7. Foreign tax identifying number: 45-6175904
8. Reference number(s)

### Part II — Claim of Tax Treaty Benefits (if applicable)

9. I certify that (check all that apply):
   - a [x] The beneficial owner is a resident of Artical 4 sec 4 u.S.A Constitution within the meaning of the income tax treaty between the United States and that country.
   - b [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
   - c [ ] The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
   - d [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
   - e [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10. Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article **Article VI** of the treaty identified on line 9a above to claim a ...0...% rate of withholding on (specify type of income): **ALL**.
    Explain the reasons the beneficial owner meets the terms of the treaty article: Moolsh Treaties;19 cis sec 884 the U.S. gov is foreign corp respect to state;Constitution united States Article1 cluse 2-14th cluse2 exempt for indians(indigenous people);ben-el bey 'grantor' indigenous non citizen national 302 of Public Law 94-241;Article 6:Camp Homes Treaty; UN Charters; DRIP, DOGO

### Part III — Notional Principal Contracts

11. [x] I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV — Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

Sign Here ► _Ben_ 28 usc 1746(1)  Date: _____   Capacity in which acting: **Executor**

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form W-8BEN (Rev. 2-2006)

---

Daily Report — Page 3 of 3

Ad Number # 2311968   Account # 84893

NOTICE OF CLAIM I [Benjamin O'Neil Hardee aka Ben El Bey] am Executor to the BENJAMIN O'NEIL HARDEE Estate as Witnessed by my Sole Ability to Personally Obtain a CERTIFICATE OF BIRTH and I do also proclaim my status as a non-citizen national pursuant to 302 public law 94-241 and I Do Hereby Give Legal, Lawful, Public and Actual Notice of The Same-Hereby and Herein.By executor Ben El Bey, of my own right

nation Gulla [georgia republic]

general post office

county fulton

hardee Province

United States Minor Outlying Islands

#2311968;7/10-3sh

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
ATLANTA, GA 30308
OCT 03 2014
RECEIVED
36322

http://legals.dailyreportonline.com/LN_Affidavit.asp?l=110900433954   9/29/2014