FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 1 5 2017

JAMES N. HATTEN, Clerk
By: Deputy Clerk

district court of the UNITED STATES

# DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Hardee Bey doing business as HARDEE, BENJAMIN O'NEIL corporate sole doing business as BENJAMIN HARDEE doing business as BEN EL BEY | § § § § § | CASE NO: 1:17-CV-03686 ELR |
| Counterclaimant | | |
| v. | § | Re: Conditional Acceptance |
| STATE OF GEORGIA et. al | § § | |
| Counterdefendants | § § § | |

1. COMES NOW THE COURT to consider the Reginald B. McClendon, "McClendon", and Amber A. Robinson "Robinson", appearance for the Counterdefendants Atlanta Municipal Court, Ryan Shephard, and Raines Carter. The court is additionally considering the appearance of Patrise Perkins-Hooker, "Hooker", Kaye W. Burwell, "Burwell", Ashely Palmer, "Palmer", and Jonathan Loegel, "Loegel", appearing for Counterdefendants Fulton County Sheriff's Office and Theodore Jackson.

2. McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel must first prove jurisdiction in this court before s/he will be allowed to put papers into this court. S/He must prove a relationship to the matter OTHER than acting as counsel. At this point, it appears that

McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel's only reason for trying to defend the Counterdefendants herein named is to make a profit.

3. Members of the BAR are granted the title of nobility of "Esquire", a foreign title of nobility ranking below knight but above gentlemen.

4. Evidence of McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel's titles of nobility being foreign to these united States of America can be found in Article I, Section 9, Clause 8 which states, "No title of nobility shall be granted by the United States." AND Article I, Section 10, Clause 1 which states, "No State shall…. grant any Title of Nobility." As such, one can ascertain that said title of nobility of Esquire was granted by a foreign entity outside the jurisdiction of these united states.

5. As an Esquire, McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel hold a foreign title of nobility and as a member of the foreign corporation BAR, McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel must give this court a certified copy of his/her Foreign Agent Registration Act ("FARA") registration before s/he may proceed in this court of record. A search for McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel to see if s/he is registered with FARA yielded no results but if in fact a registration is in existence, a certified copy of it can be entered into this court as evidence

6. It is settled in law that attorneys are mere BAR card carrying members. A BAR card is not a license to practice law. It is not like a license to practice medicine, to be a chiropractor, to build a house and other licenses. There is no law that states that a BAR card is equal or IS a license. BAR members are members of a private association much like the association Sam's Club that many people are a member of, except that it is a foreign private association.

7. McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel must provide a certified copy of his/her license to practice law in Georgia. To be clear to McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel court is not asking for a BAR membership card.

8. As a member of the corporation State Bar of Georgia, McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel has no stake in this matter, save that s/he will make an income from 'defending' the Counterdefendants s/he purports to appear for.

9. There is no Legislative Authority for the International B.A.R., or the American B.A.R., the British Accreditation Registry, to be created. Nor is there authority to work in the courts, and to monopolize the courts. BAR members issue their own union cards, deceptively leading the people to believe they are "Licenses." Imagine a private Carpenter's Union issuing their own licenses. This type of monopoly is against the Taft-Hartley Act, The Clayton Trust Act, the Sherman Antitrust Act, and the Smith Act. Bar members are a SELF-APPOINTED monopoly.

10. There is the issue that BAR members are only allowed to work in Washington D.C., the ten square miles of the United States, and its purchased territories. The United States holds four territories: American Samoa and Guam in the Pacific Ocean and the U.S. Virgin Islands in the Caribbean Sea and Puerto Rico. The land mass known as Georgia is an independent state – not a territory of the United States. McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel as members of the BAR cannot represent anyone in a court of record.

11. This is the People's court of record and it does not have to put up with foreign agents, attorneys, that have no desire to see real law at work and true justice served. They merely argue statues that do not apply to the People and have no concept of inherent rights and

laws. Each of the counterdefendants are harming the claimant and have bullied their way into a situation they had no business in. They are in dishonor in helping State of Georgia, a corporation, a non-people, steal private property from a natural private man.

12. Just as attorneys can't see real people in their inferior court, so too people can't see attorneys, foreign agents, in this court of record. Attorneys never deal with the original laws inherent to man. They argue statutes that serve the corporations interest. No corporation creates itself. Only man creates. Man can also destroy corporations.

13. Before the court will allow the integrity of this court to deteriorate, McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel must provide all that is required before being granted appearance in this court of record. If none of the conditions are met, to wit producing the required licenses, an affidavit, containing the Statutes at Large for Georgia which allows BAR members to come into a court of record to appear for Counterdefendants. People must be signed under penalty of perjury before a notary.

14. Lacking said evidence demanded herein, any and all documents presented to this court by McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel will be removed from the record, since said documents were not authorized to begin with without the above-mentioned evidence demanded.

15. The conditions set forth by this court must be adhered to before any additional papers filed by McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel will be accepted. This is non-negotiable. No notices will be sent to McClendon, Robinson, Hooker, Burwell, Palmer, and Loegel until s/he proves he is a party to this action as a Counterdefendant as s/he cannot be a Counterclaimant.

**WITNESS: The SEAL of the COURT this    day of November, in the year of our Lord 2017.**

Witness the seal of this court this /5 day of November, 2017.

**The Court**

*/s/ signature*

By: Hardee Bey
Attornatus Privatus

_____

## CERTIFICATE OF SERVICE

I, certify that the true and correct copy of the foregoing document Order of Conditional Acceptance will served upon by placing it in a sealed envelope First Class Mail Postage prepaid in the U.S. at Atlanta, Georgia and address mail to:

**State of Georgia**
Secretary of State
Brian Kemp
2 MLK Jr. Drive SE
Suite 802 West Tower
Atlanta, GA 30334

**Atlanta Municipal Court**
Ryan Shepard
150 Garnett St
Atlanta, GA 30303

James Bullock, **Badge No. 0884**
**GA State Patrol**
959 E. Confederate Ave SE
Atlanta, GA 30316

**Atlanta Municipal Court**
Raines Carter
150 Garnett St
Atlanta, GA 30303

**Fulton County Sheriff's Office**
Theodore Jackson
185 Central Ave SW
Atlanta, GA 30303

Dated:   day of November, 2017

By: _____
      Hardee Bey